UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIE MILES,

    Plaintiff,

v.                                                                Case No. _____

KAREN PICKLES, in her official capacity
as SUPERINTENDENT OF MADISON
COUNTY SCHOOLS, MADISON COUNTY
SCHOOL BOARD and DOUG BROWN,
In his individual capacity,

    Defendants.
_____/

## DEFENDANTS' NOTICE OF REMOVAL

    Defendants Karen Pickles (Pickles), Madison County School Board ("School Board") and Doug Brown ("Brown") pursuant to 28 U.S.C. § 1446 and N.D. Fla. Loc. R. 7.2(A), file this Notice of Removal of this action to this Court from the Circuit Court of the Third Judicial Circuit, in and for Madison County, Florida ("State Court"), and state:

    1.    This is a civil action arising under the laws of the United States, to wit: 42 U.S.C. §1981 and 42 U.S.C. §1983.

    2.    This Court has original jurisdiction of Plaintiff's federal law claims under 28 U.S.C. § 1331 and of the entire action under 28 U.S.C. § 1367.

    3.    The action is, therefore, removable under 28 U.S.C. § 1441 on this basis.

4. Attached to this Notice are copies of all process, pleadings and orders served upon the Defendants, along with a copy of other papers or exhibits of every kind, now on file in the State Court:

    A. Complaint

    B. Summons – Doug Brown

    C. Summons – Madison County School Board

    D. Summons – Karen Pickles

    E. Notice of Appearance by Plaintiff's Counsel

    F. Civil Cover Sheet

5. Defendants have complied in all respects with the requirements of 28 U.S.C. § 1446 and N.D. Fla. Loc. R. 7.2, including providing notice to Plaintiff and filing a copy of this Notice with the clerk of the State Court.

6. This Notice is filed within 30 days after Defendants were served with Plaintiff's Complaint in this matter.

WHEREFORE, Defendant Pickles, School Board and Brown hereby remove this action to this Court.

    /s/ Bob L. Harris
**BOB L. HARRIS, ESQ.**
Florida Bar No: 460109
**JAMES J. DEAN, ESQ.**
Florida Bar No.: 0832121
**CAMERON H. CARSTENS, ESQ.**
Florida Bar No: 112864
**MESSER CAPARELLO, P.A.**
Post Office Box 15579
Tallahassee, FL 32317
Telephone:   (850) 222-0720
Facsimile:    (850) 558-0662

> Primary E-Mail: bharris@lawfla.com
> jdean@lawfla.com
> ccarstens@lawfla.com
> Secondary E-Mail: ahopkins@lawfla.com
> statecourtpleadings@lawfla.com
> *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 12, 2019, I electronically filed the foregoing with the Clerk of the Court for the Northern District of Florida by using the CM/ECF system, that all participants in the case are registered CM/ECF users and that copies of the foregoing are also being provided via email on this date to the following:

| | |
|---|---|
| Marie A. Mattox, Esq.<br>Marie A Mattox, P.A.<br>203 North Gadsden Street<br>Tallahassee, Florida 32301<br>marie@mattoxlaw.com<br>michelle2@mattoxlaw.com<br>marlene@mattoxlaw.com | Farnita Saunders Hill, Esq.<br>Marie A Mattox, P.A.<br>203 North Gadsden Street<br>Tallahassee, Florida 32301<br>farnita@mattoxlaw.com<br>michelle2@mattoxlaw.com<br>jervonie@mattoxlaw.com |